PAR/2018R00243

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2018 JUL 24  PM 2:28

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. GLR-18-0392 |
| v. | (Armed Bank Robbery, 18 U.S.C. §§ 2113(a), (d); Use, Carry and Brandish a Firearm During a Crime of Violence, 18 U.S.C. § 924(c); Bank Robbery, 18 U.S.C. § 2113(a), (f); Forfeiture, 18 U.S.C. § 924(d)) |
| REGINALD KELSO RICKS, | |
| Defendant. | |

*******

## INDICTMENT

### COUNT ONE
(Armed Bank Robbery)

The Grand Jury for the District of Maryland charges that:

On or about March 18, 2018, in the District of Maryland, the defendant,

**REGINALD KELSO RICKS,**

did by force, violence and intimidation, take and attempt to take from the person and presence of employees of PNC Bank, located at 6620 Reisterstown Rd., Baltimore, Maryland 21215, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money belonging to and in the care, custody, control, management and possession of said bank, and did, in committing this offense, assault and put in jeopardy the life of a person by the use of a dangerous weapon, that is, a firearm.

18 U.S.C. §§ 2113(a), (d) & (f)

2

## COUNT TWO
(Use and Brandishing of a Firearm during a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about March 18, 2018, in the District of Maryland, the defendant,

## REGINALD KELSO RICKS,

did knowingly (1) possess and brandish a firearm in furtherance of, and (2) use and carry and brandish a firearm during and in relation to, a crime of violence for which he may be prosecuted in a court of the United States, that is, armed bank robbery, in violation of Title 18, United States Code, Section 2113(a), (d), as charged in Count One of this Indictment.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## COUNT THREE
(Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about December 30, 2017, in the District of Maryland, the defendant,

**REGINALD KELSO RICKS,**

did by force, violence and intimidation, take and attempt to take from the person and presence of employees of PNC Bank, located at 7200 Cradlerock Way, Columbia, MD 21045, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money belonging to and in the care, custody, control, management and possession of said bank and did, in committing this offense, assault and put in jeopardy the life of a person by the use of a dangerous weapon

18 U.S.C. §§ 2113(a), (d) & (f)

## COUNT FOUR
(Bank Robbery)

The Grand Jury for the District of Maryland further charges that:

On or about November 4, 2017, in the District of Maryland, the defendant,

**REGINALD KELSO RICKS,**

did by force, violence and intimidation, take and attempt to take from the person and presence of employees of PNC Bank, located at 3500 Crain Highway, Bowie, Maryland, 20716, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. §§ 2113(a) & (f)

## FORFEITURE

As a result of the offense set forth in Count Two, the defendant,

**REGINALD KELSO RICKS,**

shall forfeit to the United States the firearm involved in the offense charged herein.

18 U.S.C. § 924(d)

_____
Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: July 24, 2018