AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Reginald Kelso Ricks

*Defendant*

Case No. GLR-18-0392

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Reginald Kelso Ricks

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C §§ 2113(a),(d) Armed Bank Robbery
18 U.S.C. § 924(c)(1)(A)(ii) Use, Carry, and Brandish of a Firearm During a Crime of Violence
18 U.S.C. § 2113(a),(f) Bank Robbery

Date: July 24, 2018

*Issuing officer's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/24/18, and the person was arrested on *(date)* 8/3/18
at *(city and state)* Jessup, MD.

Date: 8/3/17

*Arresting officer's signature*

Sung Kim / Special Agent
*Printed name and title*