IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2018 AUG -3 P 4: 03

**UNITED STATES OF AMERICA**

vs.   Case No.   GLR-18-0392

**Reginald Kelso Ricks**

\*\*\*\*\*\*

**ORDER OF DETENTION BY AGREEMENT**

A hearing, having been held on this date, at which the defendant was represented by _Desiree Lassiter, AFPD_, and the Government was represented by Assistant United States Attorney _Paul Riley_, it is

**ORDERED**, this _3rd_ day of _August,_ _2018_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
J. Mark Coulson
United States Magistrate Judge