==============================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

**UNITED STATES OF AMERICA**           *

      **v.**                                *          **Criminal No. GLR-18-0392**

**REGINALD K. RICKS**                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Reginald K. Ricks. I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 15, 2018 | /s/ |
| Date | KATHERINE TANG NEWBERGER (#27803) |
| | Assistant Federal Public Defender |
| | 100 South Charles Street |
| | Tower II, 9th Floor |
| | Baltimore, Maryland   21201 |
| | Ph:  (410) 962-3962 |
| | Fax: (410) 962-0872 |
| | Katherine_Newberger@fd.org |