

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul Riley*                             *Suite 400*                 DIRECT: 410-209-4959
*Assistant United States Attorney*     *36 S. Charles Street*       MAIN: 410-209-4800
*Paul.Riley @usdoj.gov*               *Baltimore, MD 21201-3119*   FAX: 410-962-3091

October 1, 2018

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:     *United States of America v. Reginald Kelso Ricks*,
        Crim. No. GLR-18-392

Dear Judge Russell:

        I write on behalf of the parties in the above-referenced matter to provide the Court with a status report. The parties are currently in plea discussions and thus respectfully request that the Court set a deadline of November 1, 2018 for the parties to provide the Court a further status report.

        The parties have conferred and agree that a status report deadline of November 1, 2018 will provide them with additional, necessary time to evaluate the case and to continue to explore whether a resolution short of trial may be reached.

                                                    Respectfully submitted,

                                                    Robert L. Hur
                                                    United States Attorney

                                                      /s/
                              By:     Paul A. Riley
                                                Assistant United States Attorney

CC:   All counsel (by ECF)