

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

Paul Riley
Assistant United States Attorney
Paul.Riley@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4959
MAIN: 410-209-4800
FAX: 410-962-3091

October 1, 2018

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: *United States of America v. Reginald Kelso Ricks*,
Crim. No. GLR-18-392

Dear Judge Russell:

    I write on behalf of the parties in the above-referenced matter to provide the Court with a status report. The parties are currently in plea discussions and thus respectfully request that the Court set a deadline of November 1, 2018 for the parties to provide the Court a further status report.

    The parties have conferred and agree that a status report deadline of November 1, 2018 will provide them with additional, necessary time to evaluate the case and to continue to explore whether a resolution short of trial may be reached.

Respectfully submitted,

Robert L. Hur
United States Attorney

By: /s/
Paul A. Riley
Assistant United States Attorney

CC: All counsel (by ECF)

APPROVED THIS 3rd DAY OF Oct , 20 18

GEORGE L. RUSSELL, III, U.S.D.J.