

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

| | | |
|---|---|---|
| *Paul Riley*<br>*Assistant United States Attorney*<br>*Paul.Riley @usdoj.gov* | *Suite 400*<br>*36 S. Charles Street*<br>*Baltimore, MD 21201-3119* | *DIRECT: 410-209-4959*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3091* |

November 1, 2018

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:     *United States of America v. Reginald Kelso Ricks*,
        Crim. No. GLR-18-392

Dear Judge Russell:

      I write on behalf of the parties in the above-referenced matter to provide the Court with a further status report.  The parties continue to be in plea discussions and thus respectfully request that the Court set a deadline of December 3, 2018 for the parties to provide the Court a further status report.

      The parties have conferred and agree that a status report deadline of December 3, 2018 will provide them with additional, necessary time to evaluate the case and to continue to explore whether a resolution short of trial may be reached.

                    Respectfully submitted,

                    Robert L. Hur
                    United States Attorney

                          /s/
By:    Paul A. Riley
        Assistant United States Attorney

CC:  All counsel (by ECF)