

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Paul Riley* | *Suite 400* | *DIRECT: 410-209-4959* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Paul.Riley @usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-3091* |

November 30, 2018

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States of America v. Reginald Kelso Ricks*, Crim. No. GLR-18-392

Dear Judge Russell:

     I write on behalf of the parties in the above-referenced matter to provide the Court with a further status report. The parties are in the final stages of plea discussions and hope to be in a position to contact Chambers in the coming few weeks to schedule Defendant's rearraignment.

                        Respectfully submitted,

                        Robert L. Hur
                        United States Attorney

                          /s/
     By:   Paul A. Riley
            Assistant United States Attorney

CC:   All counsel (by ECF)