

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul Riley*
*Assistant United States Attorney*
*Paul.Riley@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4959*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

November 30, 2018

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States of America v. Reginald Kelso Ricks*, Crim. No. GLR-18-392

Dear Judge Russell:

I write on behalf of the parties in the above-referenced matter to provide the Court with a further status report. The parties are in the final stages of plea discussions and hope to be in a position to contact Chambers in the coming few weeks to schedule Defendant's rearraignment.

          Respectfully submitted,

          Robert L. Hur
          United States Attorney

          /s/
By:   Paul A. Riley
      Assistant United States Attorney

CC: All counsel (by ECF)

APPROVED THIS 3rd DAY OF DEC, 20 18

GEORGE L. RUSSELL, III, U.S.D.J.