

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul Riley*     *Suite 400*     DIRECT: 410-209-4959
*Assistant United States Attorney*     *36 S. Charles Street*     MAIN: 410-209-4800
*Paul.Riley @usdoj.gov*     *Baltimore, MD 21201-3119*     FAX: 410-962-3091

April 19, 2019

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:  *United States of America v. Reginald Kelso Ricks*,
       Crim. No. GLR-18-392

Dear Judge Russell:

      I write on behalf of the Government in the above-referenced matter to ask that the Court extend the deadline for the filing of the government's sentencing memorandum from today, April 19, 2019, to Monday, April 22, 2019.  *See* ECF No. 27.

      Due to the press of obligations for other cases and the fact that I am currently out of the office with an illness, I have not yet finalized the Government's sentencing memorandum.  I have conferred with Ms. Newberger, Defendant's counsel, concerning my request for an extension of the filing deadline to April 22, 2019; she informed me that she consents to my request.

      Accordingly, I respectfully request that the Court extend the deadline for the filing of the Government's sentencing memorandum from April 19, 2019 to April 22, 2019.

                                               Respectfully submitted,

                                               Robert L. Hur
                                               United States Attorney

                                                /s/
                            By:    Paul A. Riley
                                   Assistant United States Attorney

CC:  All counsel (by ECF)