UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * Crim. No. GLR-18-392 |
| REGINALD RICKS, | * |
| | * |
| Defendant. | * |

**********

## ORDER OF RESTITUTION

**WHEREAS**, the defendant, Reginald Ricks pled guilty pursuant to a written plea agreement to Counts One and Two of the Indictment, charging him with violations of 18 U.S.C. § 2113(a), (d) and 18 U.S.C. § 924(c)(1)(A)(ii).

**WHEREAS**, pursuant to his plea agreement, the defendant agreed that, pursuant to 18 U.S.C. §§ 3663 and 3663A and §§ 3563(b)(2) and 3583(d), the Court may order restitution of the full amount of the actual, total losses caused by the offense conduct set forth in the factual stipulation in the plea agreement.

**WHEREAS**, pursuant to the factual stipulation in the plea agreement, the defendant agreed that he owes a total of $6,300 in restitution to the victim financial institution.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.  Pursuant to 18 U.S.C. §§ 3663A and 3771, total restitution in the amount of $6,300 is ordered for the identified victim set forth below, and the total amount of restitution is payable in full immediately.

2.  The amounts payable to the victim is as follows:

1

    a. PNC Bank, 300 5th Ave. Pittsburgh, PA 15222 – $6,300

Date: ___5/3/19___

                                              _____  
                                              Hon. George L. Russell III  
                                              United States District Judge